**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 07-1129**

CHESTER LEE MCDOWELL, SR.,

Plaintiff - Appellant,

versus

NORFOLK SOUTHERN CORPORATION; WILLIAM RADFORD,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Elizabeth City. James C. Dever III, District Judge. (2:06-cv-00038-D)

Submitted: May 31, 2007                    Decided: June 5, 2007

Before WILKINSON, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Chester Lee McDowell, Sr., Appellant Pro Se. Max Daniel McGinn, BROOKS, PIERCE, MCLENDON, HUMPHREY & LEONARD, Greensboro, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Chester Lee McDowell, Sr. appeals the district court's order granting defendants' motions to dismiss and dismissing his complaint for failure to state a claim upon which relief may be granted. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See McDowell v. Norfolk Southern Corp., No. 2:06-cv-00038-D (E.D.N.C. Jan. 24, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED